UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                          Case No. 09-69731

SHERYL C. HOLLEY,                                   Chapter 7

                        Debtor.                            Judge Thomas J. Tucker
_____/

### MEMORANDUM REGARDING ATTORNEY FEE APPLICATION
### AND CERTIFICATION OF NO RESPONSE

On June 1, 2010, Counsel for the Auctioneer filed a fee application.  The Applicant's 21-day notice of this fee application was served by mail on the appropriate parties on June 1, 2010.  The Applicant filed a Certification of No Response on June 25, 2010, indicating that no one had objected to the fee application.

The Certification of No Response was filed prematurely, because the time for filing objections had not yet expired.  The deadline for objections was June 25, 2010.  This deadline is determined by first adding 21 days to the date of service of the 21-day notice, plus 3 days.  The three days is added under Fed.R.Bankr.P. 9006(f), whether the 21-day notice was served by mail or electronically through the Court's CM/ECF system.  In the case of parties served only electronically with the 21-day notice, through the Court's CM/ECF system, the Court's ECF Administrative Procedures state that three days is still added in calculating the objection deadline.  *See* ECF Procedure 12(f)(available on the Court's website at http://www.mieb.uscourts.gov/cmecfInfo/ECFAdminProc.pdf).  Then, if the 24th day after service falls on a Saturday, Sunday, or a Legal Holiday, the objection deadline is the next day which is not a Saturday, Sunday, or Legal Holiday.  *See* Rule 9006(a)(1)(c), Fed.R.Bankr.P.; and L.B.R. 9014-1(c)(E.D.M.).

The Court will not act on the Applicant's fee application until the Applicant files a new Certification of No Response that is based upon the correct objection deadline.

**Signed on June 28, 2010**

_____ /s/ Thomas J. Tucker _____
**Thomas J. Tucker**
**United States Bankruptcy Judge**
